JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANNY ESCAMILLA,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | No. SA CV 16-02124-RGK (DFM)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: July 12, 2018

                                                R. GARY KLAUSNER
                                                United States District Judge